# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–01916–ODW–GJS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   4/13/2022

Document Number(s):   32

Title of Document(s):   Service of S/C Returned Executed as to USA

**ERROR(S) WITH DOCUMENT:**

It appears filer edited docket entry and erroneously removed service date and system calculation of answer due date etc. (Clerk has checked and answer due date was created on internal deadlines). Filer is advised not to remove CM system populated information in future filings.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: April 14, 2022            By: /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS