BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch, Civil Division

LESLIE COOPER VIGEN
Trial Attorney (DC Bar No. 1019782)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0727
Email:  leslie.vigen@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE; MOHAMED MOUSLLI; and HAMEEM SHAH,<br><br>        Plaintiffs,<br><br>  v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, in his official capacity; CHRIS MAGNUS, Commissioner of U.S. Customs and Border Protection, in his official capacity; TAE D. JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; and STEVE K. FRANCIS, Acting Executive Associate Director, Homeland Security Investigations, in his official capacity,<br><br>        Defendants. | CASE NO. 2:22-CV-1916-FWS-GJS<br><br>**NOTICE OF APPEARANCE** |

PLEASE NOTICE the appearance in this action of Leslie Cooper Vigen, United States Department of Justice, 1100 L Street, NW, Washington, D.C. 20005, as counsel for the Defendants. Ms. Vigen's telephone number is (202) 305-0727, and her email address is leslie.vigen@usdoj.gov.

The filing of this notice constitutes the first appearance in this case of the attorney listed above.

Dated: May 17, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch, Civil Division

 /s/ Leslie Cooper Vigen
LESLIE COOPER VIGEN
Trial Attorney (DC Bar No. 1019782)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0727
Email:  leslie.vigen@usdoj.gov

*Counsel for Defendants*