BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch, Civil Division

LESLIE COOPER VIGEN
Trial Attorney (DC Bar No. 1019782)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, D.C. 20005
Telephone: (202) 305-0727
Email: leslie.vigen@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, in his official capacity, *et al.*,<br><br>*Defendants*. | CASE NO. 2:22-CV-1916-FWS-GJS<br><br>**DEFENDANTS' NOTICE AND MOTION TO DISMISS THE COMPLAINT**<br><br>**Hearing:**<br>Date: July 28, 2022<br>Time: 10:00 a.m.<br>Courtroom: 10D<br><br>Honorable Fred W. Slaughter<br>**United States District Judge** |

PLEASE TAKE NOTICE that Defendants, Alejandro Mayorkas, Secretary of the Department of Homeland Security, in his official capacity; Chris Magnus, Commissioner of U.S. Customs and Border Protection, in his official capacity; Tae D. Johnson, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; and Steve K. Francis, Acting Executive Associate Director, Homeland Security Investigations, in his official capacity, will, and hereby do, move this Court to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for the reasons explained in the accompanying memorandum.

This motion is based on this Notice and Motion and the attached Memorandum of Points and Authorities.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on May 24, 2022.

Dated: May 31, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch, Civil Division

  /s/ Leslie Cooper Vigen
LESLIE COOPER VIGEN
Trial Attorney (DC Bar No. 1019782)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, D.C. 20005
Telephone: (202) 305-0727
Email:  leslie.vigen@usdoj.gov

*Counsel for Defendants*