# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ABDIRAHMAN ADEN KARIYE, *et al.*,

    *Plaintiffs*,

v.

ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, in his official capacity, *et al.*,

    *Defendants*.

CASE NO. 2:22-CV-1916-FWS-GJS

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss, it is hereby ORDERED that the motion is GRANTED.

IT IS SO ORDERED.

Date:

_____
FRED W. SLAUGHTER
United States District Judge