1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

12  ABDIRAHMAN ADEN KARIYE,

13  *et al.*,

14      *Plaintiffs*,

15

16  v.

17  ALEJANDRO MAYORKAS,

18  Secretary of the U.S. Department of
    Homeland Security, in his official

19  capacity, *et al.*,

20      *Defendants*.

21

Case No. 2:22-cv-01916-FWS-GJS

**ORDER**

22

23

24

25

26

27

28

ORDER

Pursuant to stipulation, the briefing schedule for Defendants' forthcoming motion to dismiss shall be as follows:

- Defendants shall file their motion on May 31, 2022;
- Plaintiffs shall file their response on June 27, 2022; and
- Defendants shall file their reply on July 14, 2022.

The memoranda of points and authorities in support of Defendants' motion and Plaintiffs' response, respectively, shall not exceed 35 pages in length.

IT IS SO ORDERED.

Date: June 2, 2022

FRED W. SLAUGHTER
United States District Judge