BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch, Civil Division

LESLIE COOPER VIGEN
Trial Attorney (DC Bar No. 1019782)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, D.C. 20005
Telephone: (202) 305-0727
Email:  leslie.vigen@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants*. | CASE NO. 2:22-CV-1916-FWS-GJS <br><br> **DECLARATION OF LESLIE COOPER VIGEN** |

I, Leslie Cooper Vigen, hereby make the following declaration pursuant to 18 U.S.C. § 1746:

1. I am a Trial Attorney with the U.S. Department of Justice, Civil Division, Federal Programs Branch. I represent the Defendants in the above-captioned matter.

2. Defendants moved to dismiss the complaint in full on May 31, 2022. *See* ECF No. 40. That motion to dismiss will be fully briefed on July 14, 2022, and the hearing on that motion is noticed for July 28, 2022. *See id.*; ECF Nos. 39 & 41.

3. An initial Scheduling Conference in this matter is set for September 1, 2022. *See* ECF No. 42. The parties are required to complete the Rule 26(f) conference by August 11, 2022—21 days prior to the Scheduling Conference—and to submit the joint Rule 26(f) report by August 18, 2022—14 days prior to the Scheduling Conference. *See id.*

4. The Rule 26(f) conference must therefore be held two weeks after the hearing on Defendants' motion to dismiss at the latest.

5. Defendants submit that good cause exists for a brief continuance of the Scheduling Conference, until at least 30 days after the issuance of an order on Defendants' motion to dismiss. Defendants seek to dismiss each of the complaint's six counts. The resolution of that motion could result in a determination that Plaintiffs' complaint fails to state any claim upon which relief may be granted, or that certain claims warrant dismissal. It could thus render all or some initial disclosures or discovery unnecessary, or serve to reduce the number or scope of potential discovery disputes. Therefore, a continuance of the initial Scheduling Conference, and the resulting continuance of other initial case management obligations under Rule 26(f) would promote efficiency and prevent the unnecessary expenditure of time or effort by the parties or the Court.

6. There have been no previous requests for continuances in this matter. This motion is made in good faith and is not intended to interpose unnecessary delay in this action.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed this June 27, 2022, at Washington, D.C.

                                      */s/ Leslie Cooper Vigen*
                                      LESLIE COOPER VIGEN