# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants*. | CASE NO. 2:22-CV-1916-FWS-GJS <br><br> **[PROPOSED] ORDER** |

Upon consideration of Defendants' Unopposed Motion to Continue the Scheduling Conference and Related Deadlines, it is hereby ORDERED that the motion is GRANTED. The Scheduling Conference currently set for September 1, 2022 is hereby continued until at least 30 days after the issuance of an order on Defendants' pending motion to dismiss. Should any of Plaintiffs' claims remain pending following the resolution of the motion to dismiss, the Court will reschedule the Scheduling Conference for a future date consistent with this Order and convenient to the Court's schedule.

IT IS SO ORDERED.

Date:

FRED W. SLAUGHTER
United States District Judge