1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9
10
11

ABDIRAHMAN ADEN KARIYE,
MOHAMAD MOUSLLI, and
HAMEEM SHAH,

12
13

             *Plaintiffs*,

14

        v.

15
16
17
18
19
20
21
22
23

ALEJANDRO MAYORKAS,
Secretary of the U.S. Department of
Homeland Security, in his official
capacity; CHRIS MAGNUS,
Commissioner of U.S. Customs and
Border Protection, in his official
capacity; TAE D. JOHNSON, Acting
Director of U.S. Immigration and
Customs Enforcement, in his official
capacity; and STEVE K. FRANCIS,
Acting Executive Associate Director,
Homeland Security Investigations, in
his official capacity,

24

             *Defendants*.

Case No. 2:22-cv-01916-FWS-GJS

**[PROPOSED] ORDER ON
DEFENDANTS' MOTION TO
DISMISS**

25
26
27
28

     Upon consideration of Defendants' Motion to Dismiss, it is hereby
ORDERED that the motion is DENIED. Plaintiffs have plausibly stated claims for

1    relief under *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

2

3         IT IS SO ORDERED.

4

5     Dated:

6                                          _____

7                                          FRED W. SLAUGHTER
                                           United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28