1  Mohammad Tajsar (SBN 280152)
   mtajsar@aclusocal.org
2  ACLU Foundation of Southern California
3  1313 West 8th Street
   Los Angeles, CA 90017
4  Tel: (213) 977-9500

5
   *Counsel for Plaintiffs*
6  (Additional counsel continued on next page)

7

8

9

10              UNITED STATES DISTRICT COURT
11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13  ABDIRAHMAN ADEN KARIYE, *et al.*,
14
15       *Plaintiffs*,
                                        **NOTICE OF CHANGE OF LEAD**
16  v.
                                        **COUNSEL**
17
    ALEJANDRO MAYORKAS,                 No. 2:22-cv-01916-FWS-GJS
18  Secretary of the U.S. Department of
19  Homeland Security, in his official
    capacity, *et al.*,
20
21       *Defendants*.

22

23

24

25

26

27

28

NOTICE OF CHANGE OF LEAD COUNSEL

Ashley Gorski (*pro hac vice*)
agorski@aclu.org
Scarlet Kim (*pro hac vice*)
scarletk@aclu.org
Sarah Taitz (*pro hac vice*)
staitz@aclu.org
American Civil Liberties Union Foundation
125 Broad Street, Floor 18
New York, NY 10004
Tel: (212) 549-2500

Daniel Mach (*pro hac vice*)
dmach@aclu.org
Heather L. Weaver (SBN 226853)
hweaver@aclu.org
American Civil Liberties Union Foundation
915 15th St., NW Ste. 600
Washington, DC 20005
Tel: (202) 675-2330

Teresa Nelson (*pro hac vice*)
tnelson@aclu-mn.org
American Civil Liberties Union of Minnesota
P.O. Box 14720
Minneapolis, MN 55415
Tel: (651) 645-4097

*Counsel for Plaintiffs*

NOTICE OF CHANGE OF LEAD COUNSEL

1  TO THE CLERK OF THE COURT AND TO ALL ATTORNEYS OF
2  RECORD:
3  NOTICE IS HEREBY GIVEN that the undersigned counsel, Ashley Gorski
4  (*pro hac vice*) of the American Civil Liberties Union Foundation, should be
5  designated Lead Counsel in the above-captioned matter.

7  DATED:  July 27, 2022            Respectfully submitted,

8                                   By:   /s/ Ashley Gorski
9                                         Ashley Gorski
10                                        Counsel for Plaintiffs