___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: CV 22-01916-FWS (GJSx)　　　　　　　　　　　　　　Date: October 12, 2022
Title: Abdirahman Aden Kariye et al v. Alejandro Mayorkas et al

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

　Melissa H. Kunig　　　　　　　　　　　　　　　　　　N/A
　　Deputy Clerk　　　　　　　　　　　　　　　　　　Court Reporter

　Attorneys Present for Plaintiff:　　　　　　　　Attorneys Present for Defendant:

　　　Not Present　　　　　　　　　　　　　　　　　Not Present

**PROCEEDINGS:　SCHEDULING ORDER**

　　　The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), **VACATES** the Scheduling Conference set for October 13, 2022 and sets the following schedule:

| | |
|---|---|
| Check one: [ ] Jury Trial  or  [x] Bench Trial<br>**Tuesday at 8:30 a.m.** | **9/19/2023** |
| Trial Length | **4 days** |
| Final Pretrial Conference & Hearing on Motions in Limine<br>**[Thursday at 8:30 a.m., at least 12 days before trial]** | **9/7/2023** |
| Last Date to Hear Motion to Amend Pleadings /Add Parties **[Thursday]** | **12/15/2022** |
| Non-Expert Discovery Cut-Off<br>**(no later than deadline for filing dispositive motions)** | **3/9/2023** |
| Expert Disclosure (Initial) | **3/16/2023** |
| Expert Disclosure (Rebuttal) | **3/30/2023** |
| Expert Discovery Cut-Off | **4/13/2023** |
| Last Date to **Hear** Motions **[Thursday]**<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | **6/15/2023** |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>　Select one:<br>　　[x] 1. Magistrate Judge (with Court approval)<br>　　[ ] 2. Court's Mediation Panel<br>　　[ ] 3. Private Mediation | **6/29/2023** |

___

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: CV 22-01916-FWS (GJSx)     Date: October 12, 2022
Title: Abdirahman Aden Kariye et al v. Alejandro Mayorkas et al

| | |
|---|---|
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>　Declarations containing Direct Testimony, if ordered (bench trial only) | 8/17/2023 |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 8/24/2023 |

**cc: ADR**                                                Initials of Deputy Clerk:  mku