Mohammad Tajsar (SBN 280152)
mtajsar@aclusocal.org
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Tel: (213) 977-9500

Ashley Gorski (*pro hac vice*)
agorski@aclu.org
Sarah Taitz (*pro hac vice*)
staitz@aclu.org
American Civil Liberties Union Foundation
125 Broad Street, Floor 18
New York, NY 10004
Tel: (212) 549-2500

(Additional counsel continued on next page)

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security, in his official capacity, *et al.*,<br><br>   *Defendants*. | CASE NO. 2:22-cv-01916-FWS-GJS<br><br>**JOINT STIPULATION FOR BRIEFING SCHEDULE AND EXPANSION OF PAGE LIMITS**<br><br>Honorable Fred W. Slaughter<br>**United States District Judge** |

Daniel Mach (*pro hac vice*)
dmach@aclu.org
Heather L. Weaver (SBN 226853)
hweaver@aclu.org
American Civil Liberties Union Foundation
915 15th St., NW Ste. 600
Washington, DC 20005
Tel: (202) 675-2330

Teresa Nelson (*pro hac vice*)
tnelson@aclu-mn.org
American Civil Liberties Union of Minnesota
P.O. Box 14720
Minneapolis, MN 55415
Tel: (651) 645-4097

John Hemann (SBN 165823)
jhemann@cooley.com
Hannah Pollack (SBN 336599)
hpollack@cooley.com
Liz Sanchez Santiago (SBN 333789)
lsanchezsantiago@cooley.com
Cooley LLP
3 Embarcadero Center, Floor 20
San Francisco, CA 94111-4004
Tel: (415) 693-2000

Brett H. De Jarnette (SBN 292919)
bdejarnette@cooley.com
Cooley LLP
3175 Hanover Street
Palo Alto, California  94304-1130
Tel: (650) 843-5000

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

1  BRIGHAM J. BOWEN
   Assistant Branch Director
2  Federal Programs Branch, Civil Division
3
   LESLIE COOPER VIGEN
4  Trial Attorney (DC Bar No. 1019782)
   Civil Division, Federal Programs Branch
5  United States Department of Justice
6  1100 L Street, NW, Washington, D.C. 20005
   Telephone: (202) 305-0727
7  Email:  leslie.vigen@usdoj.gov
8
9  *Counsel for Defendants*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Subject to the Court's approval, Plaintiffs and Defendants, through their undersigned counsel of record, HEREBY STIPULATE as follows:

1. On October 12, 2022, the Court entered an order dismissing, without prejudice, Plaintiffs' complaint and providing Plaintiffs with 30 days in which to file an amended complaint. *See* ECF No. 58.

2. Plaintiffs filed their first amended complaint on November 14, 2022. *See* ECF No. 61.

3. Pursuant to Federal Rule of Civil Procedure 15, Defendants' response to the first amended complaint is due November 28, 2022. *See* Fed. R. Civ. P. 15(a)(3). Defendants intend to file a motion to dismiss.

4. The parties' counsel have conferred and agree that, subject to the Court's approval:

    a. Defendants shall file their motion on or before December 27, 2022;

    b. Plaintiffs shall file their response to the motion on or before February 10, 2023;

    c. Defendants shall file their reply in support of the motion on or before February 27, 2023; and

    d. Defendants will notice the motion for hearing on March 16, 2023.

5. Pursuant to Local Rule 11-6 and section VIII(c) of the Court's Civil Standing Order, ECF No. 38, the memoranda of points and authorities in support of both Defendants' motion and Plaintiffs' opposition would be limited to 25 pages.

6. Like the initial complaint, the first amended complaint brings six different constitutional and statutory claims against four official-capacity federal defendants. Defendants will be moving to dismiss each of the six claims raised in the complaint. Defendants believe that they need additional pages to make these arguments fully, and that the Court would benefit from that additional briefing.

|   |   |
|---|---|
| 1 | 7. Therefore, the parties' counsel have conferred and agree that, subject to |
| 2 | the Court's approval: |
| 3 |     a. Defendants may file a memorandum in support of the motion to |
| 4 |        dismiss of up to 35 pages; |
| 5 |     b. Plaintiffs may file an memorandum in response of up to 35 pages; |
| 6 |        and |
| 7 |     c. Defendants may file a reply memorandum of up to 14 pages. |
| 8 | 8. The parties further agree that, as a result of the dismissal of the original |


7. Therefore, the parties' counsel have conferred and agree that, subject to the Court's approval:

    a. Defendants may file a memorandum in support of the motion to dismiss of up to 35 pages;

    b. Plaintiffs may file an memorandum in response of up to 35 pages; and

    c. Defendants may file a reply memorandum of up to 14 pages.

8. The parties further agree that, as a result of the dismissal of the original complaint and Defendants' forthcoming motion to dismiss the first amended complaint, the current case schedule will require modification. *See* ECF No. 59 (scheduling order). As such, the parties agree to jointly propose a modified case schedule within 14 days of an order resolving the motion to dismiss, assuming any of Plaintiffs' claims remain pending.

IT IS SO STIPULATED.

Dated:  November 22, 2022

        Respectfully submitted,

        AMERICAN CIVIL LIBERTIES UNION
           FOUNDATION

        AMERICAN CIVIL LIBERTIES UNION OF
           MINNESOTA

        ACLU FOUNDATION OF SOUTHERN
           CALIFORNIA

        COOLEY LLP

        By:  */s/ Ashley Gorski*
            Ashley Gorski
            American Civil Liberties Union Foundation

        *Counsel for Plaintiffs*

|   |   |
|---|---|
| 1 | BRIAN M. BOYNTON |
| 2 | Principal Deputy Assistant Attorney General |
| 3 | Civil Division |
| 4 | BRIGHAM J. BOWEN |
| 5 | Assistant Branch Director |
| 6 | Federal Programs Branch, Civil Division |

By:  */s/ Leslie Cooper Vigen*
    LESLIE COOPER VIGEN
    Trial Attorney
    Civil Division, Federal Programs Branch
    United States Department of Justice

*Counsel for Defendants*