1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants*. | CASE NO. 2:22-cv-01916-FWS-GJS <br><br> **[PROPOSED] ORDER** |

Pursuant to stipulation, the Court orders the following:

1) The briefing schedule for Defendants' forthcoming motion to dismiss shall be as follows:
   - Defendants shall file their motion on December 27, 2022;
   - Plaintiffs shall file their response on February 10, 2023; and
   - Defendants shall file their reply on February 27, 2023.

2) The memoranda of points and authorities in support of Defendants' motion and Plaintiffs' response, respectively, shall not exceed 35 pages in length, and Defendants' reply memorandum shall not exceed 14 pages in length.

3) The parties shall jointly propose a modified case schedule within 14 days of an order resolving the motion to dismiss, assuming any of Plaintiffs' claims remain pending.

IT IS SO ORDERED.

Date:

FRED W. SLAUGHTER
United States District Judge