**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ABDIRAHMAN ADEN KARIYE, et al.,

         Plaintiffs,

        v.

ALEJANDRO MAYORKAS, Secretary of
the U.S. Department of Homeland
Security, in his official capacity, et al.,

        Defendants.

Case No. 2:22-cv-01916-FWS-GJS

**ORDER RE JOINT STIPULATION
FOR BRIEFING SCHEDULE AND
EXPANSION OF PAGE LIMITS [64]**

Honorable Fred W. Slaughter
United States District Judge

///

///

///

Having read and considered the Parties' Joint Stipulation for Briefing Schedule and Expansion of Page Limits [64] (the "Application"), and good cause appearing, the court **ORDERS** the following:

1.      The briefing schedule for Defendants' forthcoming Motion to Dismiss the First Amended Complaint (the "Motion") shall be as follows:

      a.      Defendants shall file the Motion on or before **December 27, 2022**.

      b.      Plaintiffs shall file their response to the Motion on or before **February 10, 2023**.

      c.      Defendants shall file their reply in support of the Motion on or before **February 27, 2023**.

2.      The memoranda of points and authorities in support of the Motion and Plaintiffs' response to the Motion, respectively, shall not exceed **thirty-five (35)** pages in length, and Defendants' reply memorandum in support of the Motion shall not exceed **fourteen (14)** pages in length.

3.      The parties shall jointly propose a modified case schedule within **fourteen (14)** days of the court's order resolving the Motion, assuming any of Plaintiffs' claims remain pending.

4.      Consistent with the Central District of California's Local Rules and the court's policies and procedures, any hearing on the Motion shall be noticed

2

for an available hearing date upon filing, and that hearing date shall be no earlier than **March 22, 2023**, in Courtroom 10D

**IT IS SO ORDERED**.

Dated: November 28, 2022

_____

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2