BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

BRIGHAM J. BOWEN
Assistant Branch Director
Civil Division, Federal Programs Branch

LESLIE COOPER VIGEN (DC Bar No. 1019782)
LAUREL H. LUM (N.Y. Bar. No. 5729728)
SAMUEL A. REBO (D.C. Bar No. 1780665)
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, D.C. 20005
Telephone: (202) 305-0727
Email:  leslie.vigen@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | CASE NO. 2:22-CV-1916-FWS-GJS |
| ABDIRAHMAN ADEN KARIYE, *et al.*, | |
| *Plaintiffs*, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** |
| v. | |
| ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, in his official capacity, *et al.*, | **Hearing:** Date:  March 23, 2023 Time: 10:00 a.m. Place: Santa Ana, Courtroom 10D |
| *Defendants*. | Honorable Fred W. Slaughter **United States District Judge** |

Pursuant to Federal Rule of Evidence 201, Defendants Alejandro Mayorkas, Secretary of the Department of Homeland Security (DHS), in his official capacity; Troy A. Miller, Acting Commissioner of U.S. Customs and Border Protection (CBP), in his official capacity; Tae D. Johnson, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; and Steve K. Francis, Acting Executive Associate Director, Homeland Security Investigations, in his official capacity, respectfully request that the Court take judicial notice of the following documents in resolving Defendants' concurrently filed motion to dismiss the amended complaint:

1. Memorandum from Kevin K. McAleenan to All DHS Employees regarding First Amendment Protected Activities (May 17, 2019), attached hereto as **Exhibit A** and available at https://perma.cc/6ZN4-TAKB; and

2. CBP Standards of Conduct, Department of Homeland Security, U.S. Customs and Border Protection, CBP Directive 51735-013B (Dec. 9, 2020), attached hereto as **Exhibit B** and available at https://perma.cc/83ZD-LE5P.

These documents are proper subjects for judicial notice because they are matters of public record and meet the indicia of reliability under Federal Rule of Evidence 201(b).  "Courts may take judicial notice of government documents available from reliable sources."  *Itzhaki v. U.S. Liability Ins. Co.*, 536 F. Supp. 3d 651, 655 (C.D. Cal. 2021) (citation omitted).  This includes information contained on government websites.  *See Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010); *see also, e.g.*, *Bentley v. United of Omaha Life Ins. Co.*, 371 F. Supp. 3d 723, 727 (C.D. Cal. 2019) ("Under Rule 201, [a] court can take judicial notice of public records and government documents available from reliable sources on the Internet, such as websites run by governmental agencies." (quoting *U.S. ex rel. Modglin v. DJO Glob. Inc.*, 48 F. Supp. 3d 1362, 1381 (C.D. Cal. 2014)).

Defendants make this request following the conference of counsel pursuant to Local Rule 7-3, which took place on December 20, 2022.  Plaintiffs indicated to Defendants that they "do not oppose Defendants' request that the Court take judicial notice of the documents cited in their original motion to dismiss, but reserve the right to dispute the validity of particular facts within those documents."

Accordingly, Defendants respectfully request that the Court take judicial notice of the documents attached hereto as Exhibits A and B.

Dated: December 27, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

BRIGHAM J. BOWEN
Assistant Branch Director
Civil Division, Federal Programs Branch

 */s/ Leslie Cooper Vigen*
LESLIE   COOPER   VIGEN   (DC   Bar
No. 1019782)
LAUREL H. LUM (N.Y. Bar. No. 5729728)
SAMUEL A. REBO (D.C. Bar No. 1780665)
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, D.C. 20005
Telephone: (202) 305-0727
Email:  leslie.vigen@usdoj.gov

*Counsel for Defendants*