# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE, MOHAMAD MOUSLLI, and HAMEEM SHAH,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security, in his official capacity, *et al.*,<br><br>*Defendants*. | Case No. 2:22-cv-01916-FWS-GJS<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** |

Upon consideration of Defendants' Motion to Dismiss, it is hereby ORDERED that the motion is DENIED. Plaintiffs have plausibly stated claims for relief under *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).

IT IS SO ORDERED.

Dated:

_____
FRED W. SLAUGHTER
United States District Judge