**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br>　　　　　　　Defendants. | Case No. 2:22-cv-01916-FWS-GJS<br><br>**JUDGMENT** |

///

///

///

On March 24, 2022, Plaintiffs Abdirahman Aden Kariye, Mohamad Mouslli, and Hameem Shah (collectively, "Plaintiffs") filed a Complaint alleging violations of the First Amendment, Fifth Amendment, and the Religious Freedom Restoration Act ("RFRA"), 42 U.S.C. §§ 2000bb *et seq*. by Defendants Steve K. Francis, Tae D. Johnson, Alejandro Mayorkas, and Mark Morgan (collectively, "Defendants"). (Dkt. 1.) On May 31, 2022, Defendants filed a Motion to Dismiss the Complaint ("Motion"). (Dkt. 40.) On July 28, 2022, the court held oral argument on the Motion and thereafter took the Motion under submission. (Dkt. 49.) On October 12, 2022, the court issued an order **GRANTING** Defendants' Motion and dismissed without prejudice and with leave to amend each of Plaintiffs' claims. (Dkt. 58.)

On November 14, 2022, Plaintiffs filed a First Amended Complaint. (Dkt. 61.) On December 27, 2022, Defendants filed a Motion to Dismiss the Amended Complaint ("Second Motion"). (Dkt. 68.)[1] On March 23, 2023, the court held oral argument on the Second Motion and thereafter took the Second Motion under submission. (Dkt. 72.) On July 19, 2023, the court issued an order **GRANTING** Defendants' Second Motion and dismissed without prejudice and with leave to amend each of Plaintiffs' claims. (Dkt. 73.)

On August 1, 2023, Plaintiffs filed a Notice of Intent Not to File a Second Amended Complaint ("Notice") and requested that the court enter judgment in this matter. (Dkt. 75.) Defendants did not file a response to the Notice. (*See generally* Dkt.) On August 15, 2023, the court ordered the parties to each submit a proposed final judgment within seven days of the order, or by August 22, 2023. (Dkt. 76.) The parties each lodged a proposed judgment. (Dkts. 77-80.) The court has considered the parties' lodged proposed judgments. (Dkts. 77, 78.)

---

[1] Defendant Mark Morgan, the former Commissioner of U.S. Customs and Border Protection was terminated from this case on November 14, 2022, and replaced with Defendant Troy Miller, the Acting Commissioner of U.S. Customs and Border Protection. (*See generally* Dkt.)

Accordingly, the court finds that Defendants are entitled to judgment as a matter of law on all causes of action and claims asserted against them in this action. In accordance with the court's order granting Defendants' Motion to Dismiss the Amended Complaint (Dkt. 73):

1. Final Judgment is entered in favor of Defendants and against Plaintiffs on all claims asserted by Plaintiffs against Defendants.

2. Any motion or application for costs made by Defendants must be filed in compliance with L. R. 54-2, *et seq.*

**IT IS SO ORDERED**.

Dated:  September 5, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE