Ashley Gorski (*pro hac vice*)
agorski@aclu.org
American Civil Liberties Union Foundation
125 Broad Street, Floor 18
New York, NY 10004
Tel: (212) 549-2500

Mohammad Tajsar (SBN 280152)
mtajsar@aclusocal.org
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Tel: (213) 977-9500

(Additional counsel continued on next page)

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security, in his official capacity, *et al.*,<br><br>   *Defendants*. | Case No. 2:22-cv-01916-FWS-GJS<br><br>**PLAINTIFFS' NOTICE OF APPEAL**<br><br>Honorable Fred W. Slaughter<br>**United States District Judge** |

Daniel Mach (*pro hac vice*)
dmach@aclu.org
Heather L. Weaver (SBN 226853)
hweaver@aclu.org
American Civil Liberties Union Foundation
915 15th St., NW Ste. 600
Washington, DC 20005
Tel: (202) 675-2330

Teresa Nelson (*pro hac vice*)
tnelson@aclu-mn.org
American Civil Liberties Union of Minnesota
P.O. Box 14720
Minneapolis, MN 55415
Tel: (651) 645-4097

John Hemann (SBN 165823)
jhemann@cooley.com
Hannah Pollack (SBN 336599)
hpollack@cooley.com
Liz Sanchez Santiago (SBN 333789)
lsanchezsantiago@cooley.com
Cooley LLP
3 Embarcadero Center, Floor 20
San Francisco, CA 94111
Tel: (415) 693-2000

Brett H. De Jarnette (SBN 292919)
bdejarnette@cooley.com
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304
Tel: (650) 843-5000

*Counsel for Plaintiffs*

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that all Plaintiffs hereby appeal to the United States Court of Appeals for the Ninth Circuit from the judgment entered in this action on September 5, 2023, *see* ECF No. 81, pursuant to the Court's order granting Defendants' motion to dismiss Plaintiffs' First Amended Complaint, *see* ECF No. 73.

Dated: September 18, 2023                Respectfully submitted,

                                      AMERICAN CIVIL LIBERTIES UNION FOUNDATION

                                      AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA

                                      ACLU FOUNDATION OF SOUTHERN CALIFORNIA

                                      COOLEY LLP

By:   */s/ Ashley Gorski*
      Ashley Gorski
      American Civil Liberties Union Foundation

*Counsel for Plaintiffs*