# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Central California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:22-cv-01916-FWS-GJS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 03/24/2022

Date of judgment or order you are appealing: 09/05/2023

Docket entry number of judgment or order you are appealing: 81

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Abdirahman Aden Kariye, Mohamad Mouslli, Hameem Shah

Is this a cross-appeal?  ○ Yes  ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:   State:   Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/Ashley Gorski   **Date** 09/18/2023

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Abdirahman Aden Kariye, Mohamad Mouslli, Hameem Shah

Name(s) of counsel (if any):

Ashley Gorski, Mohammad Tajsar, Daniel Mach, Heather L. Weaver, Teresa Nelson, John Hemann, Hannah Pollack, Elizabeth Sanchez Santiago, Brett H. De Jarnette

Address: 125 Broad Street, 18th Floor, New York, NY 10004

Telephone number(s): (212) 549-2500

Email(s): agorski@aclu.org, mtajsar@aclusocal.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Alejandro Mayorkas, Tae D. Johnson, Steve K. Francis, Troy Miller

Name(s) of counsel (if any):

Leslie C. Vigen, Laurel Lum, Samuel Rebo

Address: 1100 L Street NW, Washington, DC 20005

Telephone number(s): (202) 305-0727

Email(s): leslie.vigen@usdoj.gov, laurel.h.lum@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                           *New 12/01/2018*