UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# JS-5

**CIVIL MINUTES – GENERAL**

Case No.: CV 22-01916-FWS (GJSx)                    Date: December 3, 2024
Title: Abdirahman Aden Kariye et al v. Alejandro Mayorkas et al

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                    Attorneys Present for Defendant:

Not Present                                         Not Present

**PROCEEDINGS:    (IN CHAMBERS) ORDER REOPENING CASE & SCHEDULING ORDER**

In light of the Ninth Circuit's Memorandum [89] and Mandate [90], the court sets the following schedule:

| | |
|---|---|
| Check one: [ ] Jury Trial  or  [x] Bench Trial **[Tuesday at 8:00 a.m.]** | **1/27/2026** |
| Parties' *Estimated* Trial Length | **4 days** |
| Pretrial Conference & Hearing on Motions in Limine **[Thursday at 8:30 a.m.]** | **1/8/2026** |
| Deadline for Defendant to File an Answer to the First Amended Complaint | **12/30/2024** |
| Last Date to Hear Motion to Amend Pleadings /Add Parties **[Thursday]** | **3/6/2025** |
| Non-Expert Discovery Cut-Off **(no later than deadline for filing dispositive motions)** | **7/10/2025** |
| Expert Disclosure (Initial) | **7/24/2025** |
| Expert Disclosure (Rebuttal) | **8/7/2025** |
| Expert Discovery Cut-Off | **8/21/2025** |
| Last Date to **Hear** Motions **[Thursday]** <br> • Motion for Summary Judgment due at least 6 weeks before hearing <br> • All other motions due at least 4 weeks before hearing <br> • Opposition due 2 weeks after Motion is filed <br> • Reply due 1 week after Opposition is filed | **10/16/2025** |
| Deadline to Complete Settlement Conference [L.R. 16-15] <br>     [x] 1. Magistrate Judge <br>     [ ] 2. Court's Mediation Panel <br>     [ ] 3. Private Mediation | **10/30/2025** |

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: CV 22-01916-FWS (GJSx)                    Date: December 3, 2024
Title: Abdirahman Aden Kariye et al v. Alejandro Mayorkas et al

| | |
|---|---|
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• Memoranda of Contentions of Fact & Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact & Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only | **12/11/2025** |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | **12/18/2025** |

**cc: ADR**                                        Initials of Deputy Clerk:  mku

_____

**CIVIL MINUTES – GENERAL**                                        2