# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–01916–FWS–GJS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   2/28/2025

Document No.:   97

Title of Document:   PARTIES AGREED ORDER FOR THE PRODUCTION OF DOCUMENTS AND ESI

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Civil Events > Other Filings > Notices > Notice (Other)

Other:

Document is not an application.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  March 3, 2025     By:  /s/ *ShaRon P Lorenzo  sharon_lorenzo@cacd.uscourts.gov*
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Case 2:22-cv-01916-FWS-GJS   Document 98   Filed 03/03/25   Page 2 of 2   Page ID #:912

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.