# EXHIBIT C

| | |
|---|---|
| **From:** | Meyer, Robert W. (CIV) <Robert.W.Meyer@usdoj.gov> |
| **Sent:** | Friday, May 2, 2025 11:11 AM |
| **To:** | Brehnan, Alexander K; Sara Robinson |
| **Cc:** | Fuchs, Yuri S (CIV); De Jarnette, Brett; Evensen, Hanna; Boyle, Taylor Jordan; Ashley Gorski |
| **Subject:** | RE: [EXTERNAL] RE: Filing Under Seal |

**[External]**

Alex,
Confirming that you can file your application based on Defendants' position on sealing as of this past Tuesday.
Thanks,
Rob

**From:** Brehnan, Alexander K <abrehnan@cooley.com>
**Sent:** Friday, May 2, 2025 2:07 PM
**To:** Meyer, Robert W. (CIV) <Robert.W.Meyer@usdoj.gov>; Sara Robinson <srobinson@aclu.org>
**Cc:** Fuchs, Yuri S (CIV) <Yuri.S.Fuchs@usdoj.gov>; De Jarnette, Brett <bdejarnette@cooley.com>; Evensen, Hanna <hevensen@cooley.com>; Boyle, Taylor Jordan <TBoyle@cooley.com>; Ashley Gorski <agorski@aclu.org>
**Subject:** RE: [EXTERNAL] RE: Filing Under Seal

Rob,

I am writing to memorialize our conversation this morning. Because Plaintiffs are on the cusp of filing an application to seal that is nearly finalized this morning based off Defendants' positions on sealing you confirmed 3 days ago (on Tuesday), you agreed that we can file the filing as it currently stands that we have prepared based off Defendants' previous positions from Tuesday. To be clear, we are also filing a memorandum in opposition to Defendants' positions regarding the information that would be sealed, including officers' names.

Please confirm the above as soon as possible.

Best,
Alex
(650) 843-5402

**From:** Meyer, Robert W. (CIV) <Robert.W.Meyer@usdoj.gov>
**Sent:** Friday, May 2, 2025 9:09 AM
**To:** Sara Robinson <srobinson@aclu.org>; Brehnan, Alexander K <abrehnan@cooley.com>
**Cc:** Fuchs, Yuri S (CIV) <Yuri.S.Fuchs@usdoj.gov>; De Jarnette, Brett <bdejarnette@cooley.com>; Evensen, Hanna <hevensen@cooley.com>; Boyle, Taylor Jordan <TBoyle@cooley.com>; Ashley Gorski <agorski@aclu.org>
**Subject:** RE: [EXTERNAL] RE: Filing Under Seal

**[External]**

Sara,

We've determined that we will seek to seal only parts of the TECS records that you plan to attach to your forthcoming motion. We will not seek to seal the FOIA records.

I've attached redboxed redactions reflecting those parts of the TECS records that we wish to seal. If the redacted information is quoted in the text of your motion, we would seek to seal those quotations too.

Note that we've redacted the PII of non-plaintiff travelers but have left the redaction of Plaintiffs' PII to you, though we continue to support sealing Plaintiffs' PII.

Best,
Rob

---

**From:** Meyer, Robert W. (CIV)
**Sent:** Wednesday, April 30, 2025 11:33 AM
**To:** Sara Robinson <srobinson@aclu.org>; Alexander K Brehnan <abrehnan@cooley.com>
**Cc:** Fuchs, Yuri S (CIV) <Yuri.S.Fuchs@usdoj.gov>; Brett De Jarnette <bdejarnette@cooley.com>; External - Hanna Evensen <hevensen@cooley.com>; Taylor Jordan Boyle <TBoyle@cooley.com>; Ashley Gorski <agorski@aclu.org>
**Subject:** RE: [EXTERNAL] RE: Filing Under Seal

Sara,

Thanks. We'd just ask that in any statement of opposition you make clear whether there is information for which you do not oppose our efforts to file under seal (e.g., names of CBP officers).

And after we've conferred more with our clients, if there is information that we have currently asked to seal but believe can be filed publicly, we'll notify you and draft our filings accordingly.

No objection to sealing the PII that you laid out below. Defendants would also not oppose (and will almost certainly request) sealing of any PII of non-plaintiffs travelers too, to the extent any of that is included in the TECS records.

Rob

---

**From:** Sara Robinson <srobinson@aclu.org>
**Sent:** Tuesday, April 29, 2025 4:15 PM
**To:** Meyer, Robert W. (CIV) <Robert.W.Meyer@usdoj.gov>; Alexander K Brehnan <abrehnan@cooley.com>
**Cc:** Fuchs, Yuri S (CIV) <Yuri.S.Fuchs@usdoj.gov>; Brett De Jarnette <bdejarnette@cooley.com>; External - Hanna Evensen <hevensen@cooley.com>; Taylor Jordan Boyle <TBoyle@cooley.com>; Ashley Gorski <agorski@aclu.org>
**Subject:** RE: [EXTERNAL] RE: Filing Under Seal

Rob,

Thanks for confirming, we appreciate it. We will proceed as you directed. As previewed, Plaintiffs do intend to oppose the sealing of those categories of information and documents.

Also, Plaintiffs will seek to seal discrete references to Plaintiffs' PII in the exhibits (passport numbers, phone numbers, email addresses, device serial/IMEI numbers, license plate numbers, and DOBs). We believe this is uncontroversial, but let us know if you oppose.

Thank you.

Best,
Sara

**From:** Meyer, Robert W. (CIV) <Robert.W.Meyer@usdoj.gov>
**Sent:** Tuesday, April 29, 2025 12:53 PM
**To:** Alexander K Brehnan <abrehnan@cooley.com>
**Cc:** Fuchs, Yuri S (CIV) <Yuri.S.Fuchs@usdoj.gov>; Brett De Jarnette <bdejarnette@cooley.com>; External - Hanna Evensen <hevensen@cooley.com>; Taylor Jordan Boyle <TBoyle@cooley.com>; Sara Robinson <srobinson@aclu.org>; Ashley Gorski <agorski@aclu.org>
**Subject:** Re: [EXTERNAL] RE: Filing Under Seal

Alex,

We don't yet have a definitive answer from our clients on these questions. We'll update you as soon as we do, but to the extent you need to start making decisions as you finalize your filings, take as our position that all the items we discussed will need to be sealed. That includes: the entirety of the TECS records; the names in the initial and supplemental responses to Rog 7; and the pieces of information from TECS records that may be quoted in your filings.

Rob

> On Apr 27, 2025, at 11:26 AM, Brehnan, Alexander K <abrehnan@cooley.com> wrote:
>
> Rob/Yuri,
>
> Thanks again for the call Friday on sealing of these documents. Below is our understanding from the call, with one additional note about the TECS reports. Please let us know if you have any corrections. As we discussed, so we can file on Wednesday, we request your response by **Tuesday, April 29, at 12:00 pm PT**.
>
> 1. With respect to the TECS reports:
>    1. Pending the below, Defendants intend to seek to entirely seal these documents.
>    2. The parties discussed potentially redacting the documents instead of sealing. Defendants will revert with their position on whether the documents can be redacted instead of entirely sealed.
>    3. To the extent that Defendants decide to add further redactions to these documents rather than seek to entirely seal them, Defendants will propose those redactions. If Defendants determine to do so, Plaintiffs requests Defendants provide copies of the documents with to-be-redacted materials highlighted.
> 2. With respect to the Defendants' initial and supplemental responses to Plaintiffs' ROG 7 ("ROG 7 Responses"):
>    1. Defendants intend to seek to seal the names of the officers.
> 3. With respect to the information from the TECS reports and the names of officers in the ROG 7 responses that appear in Plaintiffs' briefs and other exhibits:
>    1. For the names of officers from TECS reports and/or ROG 7 Responses:
>       1. Defendants intend to seek to seal the names of the officers, including the highlighted names in the ROG 7 Responses.
>    2. For the text field names from TECS reports:
>       1. To the extent this information was produced in unredacted form during this litigation, Defendants intimated that they would not seek to seal this information but will revert to confirm their position.

3

2. To the extent this information was produced in unredacted form in response to a FOIA request, Defendants intimated that they would seek to seal this information if it was not otherwise produced during this litigation but will revert to confirm their position.

3. The titles of supervisors
   1. Defendants intimated that they would not seek to seal this information but will revert to confirm their position.
   2. Plaintiffs note that the responses to ROG 7 also contain titles and were not previously highlighted.

4. The names of the TECS reports
   1. Defendants intimated that they would not seek to seal this information but will revert to confirm their position.

Best,
Alex
(650) 843-5402

---

**From:** Brehnan, Alexander K
**Sent:** Friday, April 25, 2025 10:12 AM
**To:** 'Fuchs, Yuri S (CIV)' <Yuri.S.Fuchs@usdoj.gov>; Meyer, Robert W. (CIV) <Robert.W.Meyer@usdoj.gov>
**Cc:** De Jarnette, Brett <bdejarnette@cooley.com>; Evensen, Hanna <hevensen@cooley.com>; Boyle, Taylor Jordan <TBoyle@cooley.com>; Sara Robinson <srobinson@aclu.org>; Ashley Gorski <agorski@aclu.org>
**Subject:** RE: Filing Under Seal

Yuri,

In preparation for our call later today, here are the categories of information that appear in our briefs and exhibits from the documents designated "confidential."

1. The names of officers from TECS reports / ROG 7
2. The code names from TECS reports
3. The titles of supervisors
4. The names of the TECS reports

We will see you at 1PM PT / 4PM ET.

Best,
Alex
(650) 843-5402

---

**From:** Fuchs, Yuri S (CIV) <Yuri.S.Fuchs@usdoj.gov>
**Sent:** Wednesday, April 23, 2025 1:25 PM
**To:** Brehnan, Alexander K <abrehnan@cooley.com>; Meyer, Robert W. (CIV) <Robert.W.Meyer@usdoj.gov>
**Cc:** De Jarnette, Brett <bdejarnette@cooley.com>; Evensen, Hanna <hevensen@cooley.com>; Boyle, Taylor Jordan <TBoyle@cooley.com>; Sara Robinson <srobinson@aclu.org>; Ashley Gorski <agorski@aclu.org>
**Subject:** RE: Filing Under Seal

**[External]**

Alex,

We should be available Friday afternoon ET here to discuss. If you want to circulate an invite for that time, we're happy to talk then.

Thanks,
Yuri

---

**From:** Brehnan, Alexander K <abrehnan@cooley.com>
**Sent:** Wednesday, April 23, 2025 3:33 PM
**To:** Meyer, Robert W. (CIV) <Robert.W.Meyer@usdoj.gov>; Fuchs, Yuri S (CIV) <Yuri.S.Fuchs@usdoj.gov>
**Cc:** De Jarnette, Brett <bdejarnette@cooley.com>; Evensen, Hanna <hevensen@cooley.com>; Boyle, Taylor Jordan <TBoyle@cooley.com>; Sara Robinson <srobinson@aclu.org>; Ashley Gorski <agorski@aclu.org>
**Subject:** [EXTERNAL] Filing Under Seal

Rob and Yuri,

Plaintiffs intend to file documents with their anticipated motions to compel that Defendants have designated as "Confidential" under the Protective Order in this case. Pursuant to Section 12.4 of the Protective Order and Local Rule 79-5, we write to schedule a meet and confer in an attempt to eliminate or minimize the need for filing documents under seal.

Specifically, we intend to file, which are attached, (1) the documents Bates stamped KARIYE-CBP-00000098-103, KARIYE-CBP-00000113-14, KARIYE-CBP-00000121-22, and KARIYE-CBP-00000152-53, (2) documents produced pursuant to a FOIA request, and (3) Defendants' 2023 response and 2025 supplemental response to ROG 7.

Additionally, we intend to include references to information within the documents listed above in the text of our motions to compel and in other exhibits consisting of email chains between the parties. We will provide a list of the specific information.

Please let us know when you are available tomorrow or Friday to discuss whether Defendants intend to maintain the confidentiality designations on these materials and the next steps in moving this forward under the Protective Order and Local Rules.

By including the documents produced pursuant to a FOIA request above, Plaintiffs simply seek to respect the Protective Order in this litigation and do not waive our right to otherwise use or disclose those documents in any way outside of this litigation.

Best,
Alex

**Alexander K. Brehnan**
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
(650) 843-5402 office

(650) 647-0115 direct
abrehnan@cooley.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.