YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director
Federal Programs Branch, Civil Division

ROBERT W. MEYER (NY Bar No. 5942842)
YURI S. FUCHS (CA Bar No. 300379)
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, D.C. 20005
Telephone: (202) 598-3869
Email: Yuri.S.Fuchs@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security, in his official capacity, *et al.*,<br><br>*Defendants*. | CASE NO. 2:22-CV-1916-FWS-GJS<br><br>**DEFENDANTS' CERTIFICATION OF SERVICE FOR DECLARATION AND EXHIBITS IN SUPPORT OF PLAINTIFFS' APPLICATION RE SEALING PLAINTIFFS' MOTION TO COMPEL RE LAW ENFORCEMENT PRIVILEGE** |

**PROOF OF SERVICE**

On the date set forth below I served via electronic mail the documents filed in this case at ECF No. 112 (and attachments) to counsel for Plaintiffs in this suit.

Dated: May 6, 2025

                Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director
Federal Programs Branch, Civil Division

  */s/ Robert W. Meyer*
ROBERT W. MEYER (NY Bar No. 5942842)
YURI S. FUCHS (CA Bar No. 300379)
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, D.C. 20005
Telephone: (202) 305-0872
        (202) 598-3869
Email:  Robert.W.Meyer@usdoj.gov
         Yuri.S.Fuchs@usdoj.gov

*Counsel for Defendants*