UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-01916-FWS (GJS) | Date | May 9, 2025 |
|---|---|---|---|
| Title | Abdirahman Aden Kariye, et al. v. Alejandro Mayorkas, et al. | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge |
|---|---|

| L. Krivitsky | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) ORDER **GRANTING (AS MODIFIED)** PLAINTIFFS' APPLICATION TO FILE PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS UNDER SEAL [105] AND APPLICATION TO FILE PLAINTIFFS' MOTION TO COMPEL PRODUCTION RE LAW ENFORCEMENT PRIVILEGE UNDER SEAL [107]; AND **SETTING BRIEFING SCHEDULE**

The Court having reviewed Plaintiffs' Applications [Dkts. 105 and 107 and supporting declarations] to file their Motions to Compel under seal, as well as Defendants' Responses thereto [Dkts 111 and 113 and supporting declarations], hereby GRANTS both Applications to the extent stated below.

Plaintiffs filed the Applications to Seal in accordance with the Protective Order filed in this case but argued that the material Defendants designated as Confidential did not warrant sealing because the public's right to access to the information – in this case some personal identifying information ("PII") of law enforcement officers and information contained in law enforcement reports – outweighs the need for confidentiality.  Plaintiffs argue that Defendants need to show a compelling reason or reasons to maintain the documents produced (and related information) as Confidential with a requirement that they must be filed under seal.  Plaintiffs are correct that when the allegedly confidential information is sought to be used at trial or in connection with

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-01916-FWS (GJS) | Date | May 9, 2025 |
|---|---|---|---|
| Title | Abdirahman Aden Kariye, et al. v. Alejandro Mayorkas, et al. | | |

dispositive motions, the compelling reason standard applies.

Defendants Responses, however, correctly point out that for purposes of discovery, rather than trial, the standard for maintaining confidentiality is lower. Filing of the information at issue here under seal only requires a showing of good cause. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) ("good cause" standard of Rule 26(c) will suffice to warrant preserving the secrecy of sealed discovery material attached to non-dispositive motions). The Court is particularly concerned with allowing whole categories of potentially sensitive PII into the public record without reviewing the specific information at issue (document by document or entry by entry), which is one reason that the good cause standard, rather than the compelling reason standard, should apply during discovery disputes. In other words, judicial economy also plays a role in the non-dispositive motion setting.

Defendants further state that they have narrowed the categories of information for which they seek under seal protection. [*See, e.g.*, Dkt 111 at fn. 1 and related declaration (discussing information contained in TECS Reports).] The Court therefore GRANTS the Applications to file under seal as follows:

1. The documents and information identified as Confidential shall be filed and maintained under seal for purposes of discovery and other pre-trial filings in this case. Should the parties seek to use confidential material for dispositive motions or at trial they must apply to the District Judge for a determination of the propriety of maintaining such confidential/under seal status, meeting the higher, compelling reasons standard then-required.

2. Given that Defendants have narrowed the scope of the information they maintain is confidential, Plaintiffs must file newly redacted, public versions of their Motions and supporting documents if any changes are necessary. Any newly redacted versions must be filed on the public docket within 3 business days after the under seal filings are complete.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-01916-FWS (GJS) | Date | May 9, 2025 |
|---|---|---|---|
| Title | Abdirahman Aden Kariye, et al. v. Alejandro Mayorkas, et al. | | |

3. The Court sets the following briefing schedule for the Motions at issue and will set a hearing on the Motions, if necessary, after briefing is completed: Opening briefs and supporting documents are due on or before May 19, 2025; Opposition briefs and supporting documents are due on or before June 2, 2025; Reply briefs, if any, are due on or before June 9, 2025. Reply briefs are to be responsive only and may not repeat or reiterate facts or arguments made in Opening.

**IT IS SO ORDERED.**

cc: District Judge Fred W. Slaughter

| | 0:00 |
|---|---|
| **Initials of Preparer** | LK |