COOLEY LLP
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
ALEXANDER K. BREHNAN (317776)
(abrehnan@cooley.com)
TAYLOR BOYLE (353178)
(TBoyle@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400

JOHN H. HEMANN (165823)
(jhemann@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Ashley Gorski (*pro hac vice*)
(agorski@aclu.org)
American Civil Liberties Union Foundation
125 Broad Street, Floor 18
New York, NY 10004
Telephone: +1 212 549 2500

*Counsel for Plaintiffs*
(See additional counsel listed below)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE, MOHAMAD MOUSLLI, and HAMEEM SHAH,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,<br><br>Defendants. | Case No. 2:22-cv-01916-FWS-GJS<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date: June 16, 2025<br>Time: 3:00 PM<br>Dept: Courtroom 640<br>Judge: Hon. Gail J. Standish<br>Trial Date: January 27, 2026<br>Date Action Filed: March 24, 2022 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 16, 2025, at 3:00p.m., or as soon thereafter as this motion may be heard in the above-titled Court, Plaintiffs Imam Abdirahman Aden Kariye, Mohamad Mouslli, and Hameem Shah ("Plaintiffs") will and hereby do move this Court, pursuant to Fed. R. Civ. P. 37(a), for an order compelling Defendants Kristi Noem, Secretary of the U.S. Department of Homeland Security ("DHS"), Pete R. Flores, Acting Commissioner of U.S. Customs and Border Protection ("CBP"), Caleb Vitello, Acting Director of U.S. Immigration and Customs Enforcement ("ICE"), and Robert Hammer, Acting Executive Associate Director, Homeland Security Investigations ("HSI") ("Defendants") to produce documents and information in response to Plaintiffs' Requests for Production 11, 14, and 16–19, Plaintiff Kariye's Interrogatory No. 7, and from work devices of Defendants' employees that have been unreasonably withheld (the "Motion").

This Notice of Motion and Motion is based on the accompanying Memorandum of Points and Authorities, the concurrently filed declarations of Alexander K. Brehnan and Steven Valentine and the exhibits attached thereto, all pleadings and papers on file in this matter, and upon such matters as may be presented to the Court at the time of hearing on this motion or otherwise.

| | |
|---|---|
| Dated: May 15, 2025 | COOLEY LLP<br>JOHN H. HEMANN (165823)<br>BRETT H. DE JARNETTE (292919)<br>ALEXANDER K. BREHNAN (317776)<br>TAYLOR BOYLE (353178)<br><br>By: */s/ Alexander K. Brehnan*<br>       Alexander K. Brehnan<br><br>Ashley Gorski (*pro hac vice*)<br>(agorski@aclu.org)<br>ACLU Foundation<br>125 Broad Street, Floor 18<br>New York, NY 10004<br>Telephone: +1 212 549 2500<br><br>Mohammad Tajsar (SBN 280152)<br>(mtajsar@aclusocal.org)<br>ACLU Foundation of Southern California<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: +1 213 977 9500<br><br>Daniel Mach (*pro hac vice*)<br>(dmach@aclu.org)<br>Heather L. Weaver (SBN 226853)<br>(hweaver@aclu.org)<br>ACLU Foundation<br>915 15th St., NW Ste. 600<br>Washington, DC 20005<br>Telephone: +1 202 675 2330<br><br>Teresa Nelson (*pro hac vice*)<br>tnelson@aclu-mn.org<br>ACLU of Minnesota<br>P.O. Box 14720<br>Minneapolis, MN 55415<br>Telephone: +1 651 645 4097<br><br>Attorneys for Plaintiffs<br>ABDIRAHMAN ADEN KARIYE,<br>MOHAMAD MOUSLLI, and<br>HAMEEM SHAH |

318135052