UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

ABDIRAHMAN ADEN KARIYE, *et al.*,

    *Plaintiffs*,

v.

ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security, in his official capacity, *et al.*,

    *Defendants*.

CASE NO. 2:22-CV-1916-FWS-GJS

~~PROPOSED~~ ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL RE OPPOSITION TO MOTION TO COMPEL PRODUCTION

    Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Defendants filed an Application for Leave to File Under Seal re their Opposition to the Motion to Compel Production of Documents and filed declarations in support of sealing. The Court, having considered Defendants' Application, associated declarations, exhibit, any arguments of counsel, IT IS HEREBY ORDERED THAT:

1. The Court finds that there is good cause sufficient to overcome the presumption in favor of granting public access to the document below.

2. Defendants' Application for Leave to File Under Seal re their Opposition to Plaintiffs' Motion to Compel Production of Documents is **GRANTED**, and the Clerk of the Court is to directed to accept for filing under seal the highlighted text in the search parameters document, attached as an exhibit to Defendants' Opposition to the Motion to Compel Production of Documents.

**IT IS SO ORDERED.**

DATED: June 2, 2025

_____
HON. GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE