BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director
Federal Programs Branch, Civil Division

ROBERT W. MEYER (NY Bar No. 5942842)
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, D.C. 20005
Telephone: (202) 305-0872
Email: Robert.W.Meyer@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*, <br><br> Defendants. | CASE NO. 2:22-CV-1916-FWS <br><br> **NOTICE REGARDING DISCOVERY** |

In the Court's Minutes of Informal Discovery Conference, ECF No. 148 (August 8, 2025), the Court ordered Defendants to file a declaration and brief by today that would "address[] the burden Defendants claim they face in running Plaintiffs' proposed ESI search terms."

Defendants have determined that in order to advance discovery and allow this case to proceed expeditiously, they will not file such a declaration or brief and will instead apply, in an initial search for potentially responsive documents, ESI search parameters that: 1) reflect Plaintiffs' proposed parameters on the two disputed issues discussed at the August 8, 2025 informal discovery conference; and 2) otherwise reflect the parties' agreed-upon parameters.

Depending on the quantity of documents identified by the initial searches described above, the time and expense needed to process and produce those documents could significantly delay proceedings in this case and impose a "burden or expense" on Defendants that is not "proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1). If the quantity of documents identified by these initial searches threatens to cause either of those outcomes, Defendants intend to meet and confer with Plaintiffs in an effort to cooperatively resolve any disputes and allow discovery and this case to proceed expeditiously. Defendants anticipate that the parties would require further involvement by the Court on this issue only if the parties are not able to reach agreement on any such disputes.

Dated: August 15, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

 */s/ Robert W. Meyer*
ROBERT W. MEYER (NY Bar No. 5942842)
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, D.C. 20005
Telephone: (202) 305-0872
Email:  Robert.W.Meyer@usdoj.gov

*Counsel for Defendants*