UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 22-1916 FWS (PVCx)                                   Date: August 29, 2025

Title   Abdirahman Aden Kariye, et al. v. Alejandro Mayorkas, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:
Alexander K. Brehnan                                  Robert Meyer

**PROCEEDINGS:   ORDER SETTING SEPARATE DISCOVERY DEADLINES FOR DEFENDANTS' ESI AND NONESI MATERIALS**

Pursuant to the Court's prior order (Dkt. No. 148), the Court on August 29, 2025, held a hearing regarding Defendants' ESI production and other ongoing discovery disputes.

After hearing from the parties, the Court ORDERS the following.

Defendants shall file all documents requested for *in camera* review (*see* Dkt. No. 147) today.[1]  Parties shall file the associated joint filing by September 5, 2025.

Defendants shall immediately produce all ESI discovery they currently have on hand.  Defendants shall then complete all remaining ESI discovery within 45 days of this Order's issuance.  This ESI discovery shall be produced on a rolling basis.

Defendants shall produce all nonESI discovery by September 30, 2025.  This deadline applies to DHS TRIP discovery related to Plaintiffs but does not apply to DHS TRIP discovery related to nonplaintiffs.  Instead, DHS TRIP discovery related to nonplaintiffs shall be produced within 45 days of this Order's issuance.

---

[1] The Court's chambers email address is PVC_Chambers@cacd.uscourts.gov.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-1916 FWS (PVCx)                                    Date:  August 29, 2025

Title          Abdirahman Aden Kariye, et al. v. Alejandro Mayorkas, et al.

All other issues will be addressed in the Court's order on the pending motion to compel re: law enforcement privilege and the motion to compel production of documents.

IT IS SO ORDERED.

|  | 00:34 |
|---|---|
| Initials of Preparer | mr |