BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director
Federal Programs Branch, Civil Division

ROBERT W. MEYER (NY Bar No. 5942842)
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, D.C. 20005
Telephone: (202) 305-0872
Email: Robert.W.Meyer@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*,<br><br>    *Defendants*. | CASE NO. 2:22-CV-1916-FWS-PVC<br><br>**MOTION TO EXTEND PRODUCTION DEADLINE FOR CERTAIN NON-ESI DISCOVERY** |

In the Court's Order of August 29, 2025, ECF No. 160, the Court ordered that "Defendants shall produce all nonESI discovery by September 30, 2025" with the exception of "DHS TRIP discovery related to nonplaintiffs" which Defendants shall produce "within 45 days" of the Order's issuance.

Defendants hereby move for a 7-day extension of their deadline with respect to certain limited non-ESI discovery that Defendants expect will not be ready for production by today and for a 2-day extension of their deadline with respect to certain other, limited non-ESI discovery.

Since the Court's Order of August 29, 2025, Defendants have worked diligently to meet the Court's September 30 deadline, as well as the other deadlines set by the Court in this case that pertain to ESI discovery.

Defendants will make or have made a significant production today, September 30, 2025, which will include the vast majority of the outstanding nonESI discovery, including complaints submitted to Defendants and documents related to those complaints.

However, Defendants anticipate that two identified documents, and three narrow searches for documents, will not be completed by today's deadline.

The two identified documents are DHS TRIP documents related to two Plaintiffs in this case. (Defendants did not identify any DHS TRIP documents related to the third Plaintiff in this case.) The search for and production of DHS TRIP documents requires input and consultation from federal agencies besides Defendants, and the two DHS TRIP documents related to two Plaintiffs are still undergoing this consultation process.

The three narrow searches concern: 1) a search for single document related to a purported complaint to the Department of Homeland Security Office of the Inspector General; 2) a search within a small number of databases for complaints related to certain CBP officers; and 3) a search for 2-3 CBP documents that has been

delayed due to technical issues with the database in which those documents may be stored. For this second search (relating to complaints), Defendants have completed the search of some databases for these complaints but are still in the process of searching additional databases. Defendants are working diligently on these searches but do not expect that they will be able to complete the searches and produce any responsive, non-privileged documents by today.

For this good cause shown, Defendants thus respectfully request that:

- Their deadline to produce the aforementioned two documents and complete the first and second outstanding searches (and produce any responsive, non-privileged documents identified in those searches) be extended for 7 days, until October 7, 2025; and

- Their deadline to complete the third outstanding search (and produce any responsive, non-privileged documents identified in that search) be extended for 2 days, until October 2, 2025.

Plaintiffs will not be prejudiced by this modest extension of time. There are no substantive hearings or briefs due in the coming months and the short extensions requested will not impact Plaintiffs' ability to prepare their case.

Counsel for Defendants have conferred with Counsel for Plaintiffs regarding this motion and Plaintiffs have consented to this motion with respect to the three outstanding searches but oppose this motion as to the two identified DHS TRIP documents.

Dated: September 30, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

 */s/ Robert W. Meyer*
ROBERT W. MEYER (NY Bar No. 5942842)
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, D.C. 20005
Telephone: (202) 305-0872
Email: Robert.W.Meyer@usdoj.gov

*Counsel for Defendants*