**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ABDIRAHMAN ADEN KARIYE, *et al.*, | CASE NO. 2:22-CV-1916-FWS (PVCx) |
| *Plaintiffs,* | **ORDER** |
| v. | |
| KRISTI NOEM, Secretary of the Department of Homeland Security, in her official capacity, *et al.*, | |
| *Defendants.* | |

Upon consideration of Defendants' Motion to Extend Production Deadline for Certain Non-ESI Discovery, and for good cause shown, it is hereby ORDERED that the motion is GRANTED.  Defendants are ordered to:

- Complete, by October 7, 2025, the production of the two identified DHS TRIP documents and the outstanding search for a single complaint-related document for complaints related to certain CBP officers which are described in Defendants' motion, as well as the production of any relevant, non-privileged documents identified by those searches; and

- Complete, by October 2, 2025, the outstanding search for certain CBP documents which is described in Defendants' motion, as well as the production of any relevant, non-privileged documents identified in that search.

IT IS SO ORDERED.

Date:   10/01/25

_____

PEDRO V. CASTILLO
United States Magistrate Judge