BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director
Federal Programs Branch, Civil Division

ROBERT W. MEYER (NY Bar No. 5942842)
JAMES BICKFORD (NY Bar No. 5163498)
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, D.C. 20005
Telephone: (202) 305-0872
Email: Robert.W.Meyer@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE, *et al.*,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*,<br><br>　　*Defendants*. | Case No. 2:22-CV-1916-FWS-PVCx<br><br><br>**DEFENDANTS' NOTICE OF A RESUMPTION OF APPROPRIATIONS** |

On November 12, 2025, the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026 was signed by the President. That law restored appropriations to *inter alia* the Department of Justice, effective November 13, 2025. In light of that development, Defendants intend to meet and confer with Plaintiffs regarding the resetting of all filing and discovery deadlines that were set to occur during the now-concluded lapse in appropriations—*i.e.*, those falling in the period between October 1, 2025, and November 12, 2025, as well as other deadlines that may be affected by changes to deadlines that occurred during the lapse.

Defendants intend to file by November 20, 2025 a joint status report, and/or any other necessary filings, containing a proposed joint schedule or the parties' respective positions on a schedule.

Dated: November 17, 2025

        Respectfully submitted,

        BRETT A. SHUMATE
        Assistant Attorney General
        Civil Division

        ANDREW I. WARDEN
        Assistant Branch Director

        */s/ Robert W. Meyer*
        ROBERT W. MEYER (NY Bar No. 5942842)

JAMES BICKFORD (NY Bar No. 5163498)
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, D.C. 20005
Telephone: (202) 305-0872
Email:  Robert.W.Meyer@usdoj.gov

*Counsel for Defendants*