BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director
Federal Programs Branch, Civil Division

JAMES BICKFORD (NY Bar No. 5163498)
ROBERT W. MEYER (NY Bar No. 5942842)
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, D.C. 20005
Telephone: (202) 305-0872
Email: Robert.W.Meyer@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE, MOHAMAD MOUSLLI, and HAMEEM SHAH,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,<br><br>Defendants. | Case No. 2:22-cv-01916-FWS (PVCx)<br><br>District Judge: Fred W. Slaughter<br>Magistrate Judge: Pedro V. Castillo<br><br>**JOINT STIPULATION CONCERNING DOCUMENT PRODUCTION DEADLINES** |

WHEREFORE, on August 29, 2025, this Court ordered Defendants to produce all non-custodial ESI discovery other than DHS TRIP discovery related to nonplaintiffs by September 30, 2025 (the "Non-Custodial ESI Document Production Deadline"), *see* ECF No. 160 at 1,

AND WHEREFORE, on August 29, 2025, the Court also ordered Defendants to produce all custodial ESI discovery within 45 days of August 29, 2025 (the "Custodial ESI Document Production Deadline"), *see id.*,

AND WHEREFORE, on October 1, 2025, the Court extended Defendants' Non-Custodial ESI Document Production Deadline for two subcategories of documents respectively to October 2, 2025 and October 7, 2025, *see* ECF No. 170,

AND WHEREFORE, on October 2, 2025, the Court stayed discovery deadlines until the end of the lapse of appropriations funding the Department of Justice, *see* ECF No. 173,

AND WHEREFORE, the lapse in appropriations ended on November 12, 2026,

AND WHEREFORE, on December 5, 2025, the parties stipulated before the District Court to an extension of the fact discovery deadline to June 5, 2026, *see* ECF No. 180,

IT IS HEREBY STIPULATED, for good cause by and between the parties, subject to Court approval, that Defendants' deadlines for document productions in this case be extended in accordance with the below table, and without prejudice to Plaintiffs' right to make additional document requests, including for custodial and non-custodial ESI, or to seek discovery-related relief, in accordance with the Federal Rules of Civil Procedure.

1  The parties' stipulation would modify the current dates set in this case as
2  follows:

| EVENT | PROPOSED DATE |
|---|---|
| Defendants' Non-Custodial ESI Document Production Deadline | 1/9/2026 |
| Defendants' Document Production Deadline | 2/6/2026 |

6  In addition, the parties agree they will produce a privilege log within ten days
7  of any production of documents in which withheld documents would have been
8  produced but for the claim of privilege or other reason for withholding.  They agree
9  that a final privilege log would be due by February 17, 2026.

10  Good cause for the requested continuance exists as follows:  This is the
11  parties' first request to continue dates related to document discovery. The recent
12  lapse in the appropriations that fund the U.S. Department of Justice and other
13  federal agencies substantially inhibited discovery in this matter.   Since
14  appropriations were restored, the parties have met and conferred several times to
15  discuss discovery issues in this case, and have agreed to the schedule proposed
16  above.  Given the anticipated volume and complexity of the remaining document
17  requests, this schedule would provide Defendants with approximately one month to
18  complete document production apart from custodial ESI, and two months to
19  complete production of custodial ESI.

20  Defendants have also represented to Plaintiffs that Defendants and their
21  counsel have had to handle a considerable amount of emergency litigation.
22  Defendants have also had significant turnover amongst their counsel.

23  Extending the dates as outlined above would give the parties sufficient time
24  to complete document discovery prior to depositions. The parties respectfully
25  request that the Court continue the dates as set forth herein. Whereas, due to the
26  foregoing, good cause exists to modify the scheduling order pursuant to Fed. R.
27  Civ. P. 16(b)(4).
28

Dated: December 5, 2025

Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA
ACLU FOUNDATION OF SOUTHERN CALIFORNIA

By: *Theresa J. Lee*
Theresa J. Lee
American Civil Liberties Union Foundation
125 Broad Street, Floor 18
New York, NY 10004
Tel: (212) 549-2500

Attorney for Plaintiffs

COOLEY LLP

By: *Alexander K. Brehnan*
Alexander K. Brehnan (SBN 317776)
abrehan@cooley.com
3175 Hanover Street
Palo Alto, CA 94304
Tel: (650) 843-5000

Counsel for Plaintiffs

    *and*

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

*/s/ James Bickford*
JAMES BICKFORD

|    |                                                           |
|----|-----------------------------------------------------------|
| 1  |                         (NY Bar No. 5163498)              |
| 2  | ROBERT W. MEYER                                           |
| 3  |                         (NY Bar No. 5942842)              |
|    | Trial Attorneys                                           |
| 4  | Civil Division, Federal Programs Branch                   |
|    | United States Department of Justice                       |
| 5  | 1100 L Street, NW, Washington, D.C. 20005                 |
| 6  | Telephone: (202) 305-0872                                 |
|    | Email:  Robert.W.Meyer@usdoj.gov                          |
| 7  |                                                           |
| 8  | *Counsel for Defendants*                                  |