COOLEY LLP
JOHN C. BOSTIC (264367)
(jbostic@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
ALEXANDER K. BREHNAN (317776)
(abrehnan@cooley.com)
TAYLOR BOYLE (353178)
(TBoyle@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400

JOHN HEMANN (165823)
(jhemann@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000

Attorneys for Plaintiffs
ABDIRAHMAN ADEN KARIYE,
MOHAMAD MOUSLLI, and
HAMEEM SHAH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE, MOHAMAD MOUSLLI, and HAMEEM SHAH, <br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,<br><br>Defendants. | Case No. 2:22-cv-01916-FWS (PVCx)<br><br>District Judge: Fred W. Slaughter<br>Magistrate Judge: Pedro V. Castillo<br><br>**PLAINTIFFS' DECLARATION IN SUPPORT OF MOTION TO ENFORCE AND SUPPLEMENT COURT'S AUGUST 29 ORDER ON CUSTODIAL ESI** |

I, Alexander K. Brehnan, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am an attorney with the law firm Cooley LLP, counsel of record for Plaintiffs Imam Abdirahman Aden Kariye, Mohamad Mouslli, and Hameem Shah ("Plaintiffs"). I submit this declaration in support of Plaintiffs' Motion to Supplement and Enforce the Court's August 29 Order. I have personal knowledge of all facts stated in this Declaration and can testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of an email chain I am copied on between the Parties from December 5, 2024 to February 7, 2025.

3. Attached as Exhibit B is a true and correct copy of an email chain I am copied on between the Parties from August 29, 2025 to September 16, 2025.

4. Attached as Exhibit C is a true and correct copy of an email chain I am copied on between the Parties from September 17, 2025 to September 29, 2025.

5. Attached as Exhibit D is a true and correct copy of an email chain I am copied on between the Parties from November 13, 2025 to November 22, 2025.

6. Attached as Exhibit E is a true and correct copy of an email chain I am copied on between the Parties from November 13, 2025 to December 1, 2025.

7. During a September 22, 2025 meet and confer between the Parties, Defendants informed Plaintiffs that they had not collected any ESI for Customs and Border Protection ("CBP") custodians. I was in attendance at that meet and confer.

8. During a November 18, 2025 meet and confer between the Parties, Plaintiffs asked when Defendants would make their first rolling production of custodial ESI. Defendants did not provide a date certain. Defendants also informed Plaintiffs that they had collected ESI from only five CBP custodians and they had collected most, but not all, ESI from the DHS headquarters custodians. Plaintiffs also reiterated their request that Defendants provide hit counts broken down by search term and custodian, but Defendants would not commit to doing so for all custodians. Defendants also repeated their claims that for many of the search parameters, it was

Cooley LLP
Attorneys at Law

2

Brehnan Decl. ISO Plfs' Mot. To Enforce and Supp.
2:22-cv-01916-FWS-GJS

too burdensome even to collect the ESI and upload it onto their review platform. I was in attendance at that meet and confer.

9. During a December 1, 2025 meet and confer between the Parties, Defendants further clarified their position in response to Plaintiffs' compromise proposal from November 24, 2025. Defendants offered to collect and upload all documents returned by Plaintiffs' November 24, 2025 search parameters but would only agree to review a limited subset of those documents. Defense counsel further stated that only then would they determine whether further review is warranted. Defendants did not provide any hit counts during the call. Defendants did not agree to any dates for productions of custodial ESI. Defendants also stated that they would oppose any motion for relief related to custodial ESI. I was in attendance at that meet and confer.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 5, 2025, in Palo Alto, California.

<em>/s/ Alexander K. Brehnan</em><br>
Alexander K. Brehnan

Cooley LLP
Attorneys at Law

3

Brehnan Decl. ISO Plfs' Mot. To Enforce and Supp.
2:22-cv-01916-FWS-GJS