BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director
Federal Programs Branch, Civil Division

JAMES BICKFORD (NY Bar No. 5163498)
ROBERT W. MEYER (NY Bar No. 5942842)
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, D.C. 20005
Telephone: (202) 305-0872
Email: Robert.W.Meyer@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE, MOHAMAD MOUSLLI, and HAMEEM SHAH,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,<br><br>Defendants. | Case No. 2:22-cv-01916-FWS (PVCx)<br><br>District Judge: Fred W. Slaughter<br>Magistrate Judge: Pedro V. Castillo<br><br>**JOINT STIPULATION TO STAY BRIEFING ON PLAINTIFFS' MOTION CONCERNING CUSTODIAL ESI DISCOVERY** |

On December 5, 2025, Plaintiffs filed a motion concerning the discovery of custodial electronically stored information ("ESI").  ECF No. 182.  The parties hereby stipulate to a stay of briefing on that motion until the Court conducts the status conference scheduled to be held at 2 pm on December 18, 2025.  The parties separately explain the basis for their stipulation below.

**Plaintiffs' Statement**

Plaintiffs' motion seeks to enforce this Court's August 29, 2025 order ("Order") related to a discovery dispute that has already been adjudicated by this Court. *See* ECF No. 146; ECF No. 160. The parties complied with this Court's Procedure 1(c)(i) in July and August when the parties met and conferred on July 29, 2025 regarding Plaintiffs' custodial ESI discovery motion, sent an email to the Court within 24 hours of the meet and confer, *see* ECF No. 157-5, and had a pre-motion telephonic conference before the Court on August 8, 2025, *see* ECF No. 148.

Defendants have not complied with the Court's Order, *see* ECF 160, including by failing to make *any* custodial ESI productions, let alone rolling ones, to date. Plaintiffs' December 5, 2025 motion, *see* ECF 182, seeks to enforce and supplement the Court's Order regarding the same, ongoing discovery dispute.

Thus, Plaintiffs' position is that they have complied with this Court's Procedure 1 regarding discovery motions. Although Defendants now disagree, Plaintiffs' understanding of the operation of these procedures is mirrored in the way Defendants have previously sought relief in an ongoing dispute. On September 5, 2025, Defendants filed a Motion for Leave to File a Declaration *In Camera* as part of the parties' ongoing discovery dispute concerning Defendants' assertions of law enforcement privilege. *See* ECF No. 161. Plaintiffs opposed that motion, *see id.* at 5; Defendants proceeded to file without taking the steps in Procedure 1(c)(i), including not requesting the telephonic conference that they now insist is necessary.

As Plaintiffs' stated in their motion to enforce and supplement the Court's Order, if the Court would prefer, Plaintiffs are ready and available to seek a telephonic conference with the Court or take the steps the Court deems appropriate. ECF No. 182 at 2 n.3.

To keep the focus of the Court's and the parties' attention on moving discovery forward, Plaintiffs agree to stay briefing on their motion until the December 18, 2025 conference.

**Defendants' Statement**

Plaintiffs filed their pending motion in violation of Local Rule 37, which applies to "any motion relating to discovery under F.Rs.Civ.P. 26-37," L.R. 37-1, and this Court's Procedure 1, which provides that "[n]o discovery motion may be filed until the Court has conducted its pre-motion telephonic conference unless the movant has obtained leave of Court sought by an ex parte application." Procedure 1.c.iii. Procedure 1 does not exempt discovery motions related to earlier discovery disputes from its requirements.

Defendants therefore respectfully request a stay of briefing until the Court conducts the status conference scheduled to be held at 2 pm on December 18, 2025. Although Plaintiffs did not designate "the date and time of the . . . hearing" on their motion, as required by Local Rule 7-4, and Defendants therefore cannot calculate their opposition deadline under Local Rule 7-9, in the absence of a stay Defendants would feel obligated to begin preparing their opposition brief and supporting declarations before the status conference scheduled for December 18. Defendants would thereby lose the benefit of Procedure 1, which was adopted "to facilitate the just and expedient resolution of discovery matters and to conserve the parties' and Court's resources," Procedure 1.c, by requiring a pre-motion conference before any discovery motion may be filed.

Defendants understand that there is a good-faith disagreement between the parties as to the requirements of Local Rule 37 and Procedure 1, and they

appreciate Plaintiffs' willingness to stipulate to this stay notwithstanding that disagreement. Defendants respectfully request guidance from the Court at the upcoming status conference, so that the parties may avoid any further disputes about the procedures for filing discovery motions in this case.

Dated: December 12, 2025         Respectfully submitted,


AMERICAN CIVIL LIBERTIES UNION FOUNDATION
AMERICAN CIVIL LIBERTIES UNION OF
MINNESOTA
ACLU FOUNDATION OF SOUTHERN CALIFORNIA

By: *Theresa J. Lee*
Theresa J. Lee (*Admitted PHV*)
American Civil Liberties Union Foundation
125 Broad Street, Floor 18
New York, NY 10004
Tel: (212) 549-2500

Attorney for Plaintiffs

COOLEY LLP

By: *Alexander K. Brehnan*
Alexander K. Brehnan (SBN 317776)
abrehan@cooley.com
3175 Hanover Street
Palo Alto, CA 94304
Tel: (650) 843-5000

Counsel for Plaintiffs

*and*

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

/s/ *James Bickford*
JAMES BICKFORD
   (NY Bar No. 5163498)
ROBERT W. MEYER
   (NY Bar No. 5942842)
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, D.C. 20005
Telephone: (202) 305-0872
Email:  Robert.W.Meyer@usdoj.gov

*Counsel for Defendants*