NOTE: CHANGES MADE BY COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-01916-FWS-GJS<br><br>**ORDER RE JOINT STIPULATION CONCERNING CASE DEADLINES [180]** |

　　Having reviewed and considered the Joint Stipulation Concerning Case Deadlines [180] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, in its discretion, the court

**ORDERS** the court's April 28, 2025, Operative Scheduling Order [104] **MODIFIED** to read as follows (with changes indicated by italics):[1]

| EVENT | DATE |
|---|---|
| Check one: [x] Jury Trial or [ ] Bench Trial **Tuesday at 8:00 a.m.** | **First Day:** *7/13/2027* |
| Parties' Estimated Trial Length | **4 days** |
| Pretrial Conference & Hearing on Motions in Limine **Thursday at 8:30 a.m.** | *5/20/2027* |
| Deadline for Defendant to File an Answer to the First Amended Complaint | 12/30/2024 |
| Last Date to Hear Motion to Amend Pleadings /Add Parties **Thursday** | 3/6/2025 |
| Non-Expert Discovery Cut-Off | *6/4/2026* |
| Expert Disclosure (Initial) | *7/2/2026* |
| Expert Disclosure (Rebuttal) | *7/23/2026* |
| Expert Discovery Cut-Off | *8/13/2026* |
| Deadline for Defendant to File Motion for Summary Judgment | *9/24/2026* |
| Deadline for Plaintiffs' Cross-Motion for Summary Judgment[2] and Opposition to Defendant's Motion for Summary Judgment | *11/8/2026* |

---

[1] This Order is now the Operative Scheduling Order in this case.  Also, to the extent this Order does not encompass a request made in the Stipulation, the court, based on the state of the record, as applied to the applicable law, and within its discretion, has denied and/or modified that request, or has added an event.  *See Mediterranean Enters., Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983) ("The trial court possesses the inherent power to control its own docket and calendar.").

[2] To the extent it is necessary, Plaintiffs are granted leave to file any motion that would qualify as a cross-motion for summary judgment.  (*See* Dkt. 38 at 7-8.)

| Deadline for Defendant's Opposition to Plaintiffs' Cross-Motion for Summary Judgment and Reply in Support of Defendant's Motion for Summary Judgment | *12/3/2026* |
|---|---|
| Deadline for Plaintiffs' Reply in Support of Plaintiffs' Cross-Motion for Summary Judgment | *12/30/2026* |
| Last Date to **Hear** Motions<br>**Thursday at 10:00 a.m.**<br>• Motion for Summary Judgment (due at least 6 weeks before hearing)<br>• All other motions (due at least 4 weeks before hearing)<br>• Opposition (due 2 weeks after Motion is filed)<br>• Reply (due 1 week after Opposition is filed) | *2/4/2027* |
| Deadline to Complete **In-Person** Settlement Conference [L.R. 16-15]<br>[x]  1. Magistrate Judge (with Court approval)<br>[ ]  2. Court's Mediation Panel<br>[ ]  3. Private Mediation<br>Note: Joint Status Report Regarding Settlement must be filed within **three days** after completion of settlement conference. | *3/4/2027* |
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• *Daubert Motions with Proposed Orders*[3]<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only)<br>• Affirmative Deposition Designation(s) | *4/1/2027* |

---

[3] *Daubert* motions and oppositions to *Daubert* motions shall not exceed ten (10) pages in length.

3

| | |
|---|---|
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Oppositions to *Daubert* Motions[4]<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Form(s) (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only)<br>• Objections and Counter Deposition Designation(s) | *4/8/2027* |
| • Objections to Counter Designation(s) and Counter-Counter Deposition Designation(s) | *4/15/2027* |

**IT IS SO ORDERED**.

Dated: December 15, 2025

                                         Hon. Fred W. Slaughter
                                         UNITED STATES DISTRICT JUDGE

CC: ADR

---

[4] Pursuant to this court's order on pretrial and trial procedures, the parties shall not file replies to the motions in limine. (*See* Dkt. 60 at 4 ("Unless the court determines otherwise, counsel shall not file any replies.").) In addition, unless the court determines otherwise, the parties shall not file replies to any *Daubert* motions.