COOLEY LLP
JOHN BOSTIC (264367)
(jbostic@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
ALEXANDER BREHNAN (317776)
(abrehnan@cooley.com)
TAYLOR BOYLE (353178)
(TBoyle@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400

JOHN HEMANN (165823)
(jhemann@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000

*(See additional counsel listed below)*

Attorneys for Plaintiffs
ABDIRAHMAN ADEN KARIYE,
MOHAMAD MOUSLLI, and
HAMEEM SHAH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE, MOHAMAD MOUSLLI, and HAMEEM SHAH,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,<br><br>Defendants. | Case No. 2:22-cv-01916-FWS-PVCx<br><br>District Judge: Fred W. Slaughter<br>Magistrate Judge: Pedro V. Castillo<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO OBTAIN SEALED TRANSCRIPT** |

On December 18, 2025, this Court held a status conference concerning discovery issues in this case, and ordered the transcript sealed on the record. Counsel for Plaintiffs Imam Abdirahman Aden Kariye, Mohamad Mouslli, and Hameem Shah, and counsel for Defendants Kristi Noem, Secretary of the U.S. Department of Homeland Security ("DHS"), Pete R. Flores, Acting Commissioner of U.S. Customs and Border Protection ("CBP"), Caleb Vitello, Acting Director of U.S. Immigration and Customs Enforcement ("ICE"), and Robert Hammer, Acting Executive Associate Director, Homeland Security Investigations ("HSI") ("Defendants") (together the "Parties") now seek access to the transcript of that hearing.

WHEREFORE in the United States District Court for the Central District of California, a party must obtain a Court order before submitting a request for a transcript in a sealed civil proceeding;

IT IS HEREBY STIPULATED AND AGREED by and through their counsel of record, that the Parties should have access to the sealed transcript of the December 18, 2025 hearing. The Parties respectfully request that the Court issue an order authorizing the Court Reporting Services of the United States District Court for the Central District of California to prepare and provide to the Parties the transcript of the sealed December 18, 2025 status conference.

Dated: January 6, 2026

COOLEY LLP
JOHN HEMANN (165823)
JOHN BOSTIC (264367)
BRETT H. DE JARNETTE (292919)
ALEXANDER BREHNAN (317776)
TAYLOR BOYLE (353178)

By: /s/ Alexander K. Brehnan
Alexander K. Brehnan

Ashley Gorski (*pro hac vice*)
(agorski@aclu.org)
Theresa J. Lee (*pro hac vice*)
(tlee@aclu.org)
Sean M. Lau (*pro hac vice*)
(slau@aclu.org)
Hina Shamsi (*pro hac vice*)
(hshamsi@aclu.org)

ACLU Foundation
125 Broad Street, Floor 18
New York, NY 10004
Telephone: +1 212 549 2500

Mohammad Tajsar (SBN 280152)
(mtajsar@aclusocal.org)
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: +1 213 977 9500

Daniel Mach (*pro hac vice*)
(dmach@aclu.org)
Heather L. Weaver (SBN 226853)
(hweaver@aclu.org)
ACLU Foundation
915 15th St., NW Ste. 600
Washington, DC 20005
Telephone: +1 202 675 2330

Teresa Nelson (*pro hac vice*)
(tnelson@aclu-mn.org)
ACLU of Minnesota
P.O. Box 14720
Minneapolis, MN 55415
Telephone: +1 651 645 4097

*Attorneys for Plaintiffs*

Dated: January 6, 2026

UNITED STATES DEPARTMENT OF JUSTICE
JAMES BICKFORD
ROBERT W. MEYER
BRETT A. SHUMATE
ANDREW I. WARDEN

By: */s/ Robert W. Meyer*
        Robert W. Meyer

Trial Attorneys
Civil Division, Federal Programs Branch
1100 L Street, NW,
Washington, D.C. 20005
Telephone: +1 202-305-0872
Email: Robert.W.Meyer@usdoj.gov

*Attorneys for Defendants*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Alexander K. Brehnan, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on January 6, 2026, in San Francisco, California.

By: /s/ Alexander K. Brehnan
Alexander Brehnan

## [PROPOSED ORDER]

The Court, having considered the Parties' Joint Stipulation to obtain the sealed transcript from the December 18, 2025 hearing in this case, and good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED. The court reporter is authorized to provide the sealed transcript to either Party upon request. The hearing and transcript will remain sealed absent further order from the Court.

Dated:

_____
HON. PEDRO V. CASTILLO
United States Magistrate Judge