**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE, et al., | Case No. 2:22-cv-01916-FWS-GJS |
| Plaintiffs, | **ORDER RE JOINT STIPULATION CONCERNING CASE DEADLINES [209]** |
| v. | |
| KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al., | |
| Defendants. | |

Having reviewed and considered the Joint Stipulation Concerning Case Deadlines (Dkt. 209 ("Stipulation")), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, in its discretion, the court

1

**ORDERS** the court's December 15, 2025, Operative Scheduling Order (Dkt. 186)

**MODIFIED** to read as follows (with changes indicated by italics):[1]

| EVENT | DATE |
|---|---|
| Check one: [x] Jury Trial or [ ] Bench Trial<br>**Tuesday at 8:00 a.m.** | **First Day:**<br>*1/18/2028* |
| Parties' Estimated Trial Length | **4 days** |
| Pretrial Conference & Hearing on Motions in Limine<br>**Thursday at 8:00 a.m.** | *11/19/2027* |
| Deadline for Defendant to File an Answer to the First Amended Complaint | **12/30/2024** |
| Last Date to Hear Motion to Amend Pleadings /Add Parties<br>**Thursday** | **3/6/2025** |
| Productions in Response to Pending Requests for Production | *7/24/2026* |
| Non-Expert Discovery Cut-Off | *11/19/2026* |
| Expert Disclosure (Initial) | *12/17/2026* |
| Expert Disclosure (Rebuttal) | *1/21/2027* |
| Expert Discovery Cut-Off | *2/11/2027* |
| Deadline for Defendants to File Motion for Summary Judgment | *3/25/2027* |

---

[1] This Order is now the Operative Scheduling Order in this case.  Also, to the extent this Order does not encompass a request made in the Stipulation, the court, based on the state of the record, as applied to the applicable law, and within its discretion, has denied and/or modified that request, or has added an event.  *See Mediterranean Enters., Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983) ("The trial court possesses the inherent power to control its own docket and calendar.").

| | |
|---|---|
| Deadline for Plaintiffs' Cross-Motion for Summary Judgment[2] and Opposition to Defendant's Motion for Summary Judgment | *5/6/2027* |
| Deadline for Defendant's Opposition to Plaintiffs' Cross-Motion for Summary Judgment and Reply in Support of Defendant's Motion for Summary Judgment | *6/17/2027* |
| Deadline for Plaintiffs' Reply in Support of Plaintiffs' Cross-Motion for Summary Judgment | *7/15/2027* |
| Last Date to **Hear** Motions <br> **Thursday at 10:00 a.m.** <br> • Motion for Summary Judgment (due at least 6 weeks before hearing) <br> • All other motions (due at least 4 weeks before hearing) <br> • Opposition (due 2 weeks after Motion is filed) <br> • Reply (due 1 week after Opposition is filed) | *8/19/2027* |
| Deadline to Complete **In-Person** Settlement Conference [L.R. 16-15] <br> [x]  1. Magistrate Judge (with Court approval) <br> [ ]  2. Court's Mediation Panel <br> [ ]  3. Private Mediation <br> Note: Joint Status Report Regarding Settlement must be filed within **three days** after completion of settlement conference. | *9/23/2027* |
| **Trial Filings (first round)** <br> • Motions in Limine with Proposed Orders <br> • *Daubert Motions with Proposed Orders*[3] <br> • Memoranda of Contentions of Fact and Law [L.R. 16-4] <br> • Witness Lists [L.R. 16-5] <br> • Joint Exhibit List [L.R. 16-6.1] <br> • Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only) <br> • Declarations containing Direct Testimony, if ordered (bench trial only) | *10/21/2027* |

---

[2] To the extent it is necessary, Plaintiffs are granted leave to file any motion that would qualify as a cross-motion for summary judgment.  (*See* Dkt. 38 at 7-8.)

[3] *Daubert* motions and oppositions to *Daubert* motions shall not exceed ten (10) pages in length.

| | |
|---|---|
| • Affirmative Deposition Designation(s) | |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Oppositions to *Daubert* Motions[4]<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Form(s) (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only)<br>• Objections and Counter Deposition Designation(s) | *10/28/2027* |
| • Objections to Counter Designation(s) and Counter-Counter Deposition Designation(s) | *11/5/2027* |

Based on the Stipulation, the court **ORDERS** that Defendants shall make rolling productions of what the parties have called "custodial" electronically storied information (ESI) every three weeks, with a privilege log accounting for the previous productions of custodial ESI following no more than ten days after every second production of custodial ESI (*i.e.*, every six weeks).

IT IS FURTHER ORDERED that (1) privilege logs for all preceding productions shall be provided by April 8, 2026; (2) privilege logs for all subsequent productions (except custodial ESI) shall be provided within ten days of the relevant production; and (3) for productions in July 2026, a privilege log will be provided by August 3, 2026.

---

[4] Pursuant to this court's order on pretrial and trial procedures, the parties shall not file replies to the motions in limine. (*See* Dkt. 60 at 4 ("Unless the court determines otherwise, counsel shall not file any replies.").) In addition, unless the court determines otherwise, the parties shall not file replies to any *Daubert* motions.

4

IT IS FURTHER ORDERED that the deadlines for rolling productions of custodial ESI and privilege logs may be extended by joint stipulation or by order of the Magistrate Judge.

**IT IS SO ORDERED**.

Dated:  April 2, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE