**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

ABDIRAHMAN ADEN KARIYE, MOHAMAD MOUSLLI, and HAMEEM SHAH

Plaintiffs,

v.

MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, in his official capacity, et al.,

Defendants.

Case No. 2:22-cv-01916-FWS-PVC

Hon. Fred W. Slaughter

**ORDER RE JOINT STIPULATION CONCERING DEADLINE FOR TAR PROTOCOL [277]**

///

///

///

Having considered the Joint Stipulation of the parties for an Extension of Time to File a Technology-Assisted Review Protocol, (Dkt. 277) ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

As an exception to the court's September 15, 2026, Operative Scheduling Order, (Dkt. 269), the deadline for the Parties to file a technology-assisted review protocol is **EXTENDED** from September 30, 2026, to **October 5, 2026.**

**IT IS SO ORDERED**.

Dated: October 2, 2026



Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE