UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 22-1916 FWS (PVCx) Date: October 9, 2026

Title Abdirahman Aden Kariye, et al., v. Alejandro Mayorkas, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | CourtSmart 10-08-2026 |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| Sara Robinson | James Bickford |
| Alexander Brehnan | |

**PROCEEDINGS: MINUTES OF STATUS CONFERENCE AND ORDER REQURING ROLLING PRODUCTION OF NON-CUSTODIAL ESI, MONTHLY STATUS CONFERENCES, AND STATUS REPORTS**

The Court conducted a status conference by Zoom on October 8, 2026. (*See* Dkt. Nos. 272, 278). The Court heard updates regarding the status of discovery, specifically Defendant's production of electronically stored information ("ESI").

In light of the slow progress of production, the Court orders Defendants produce non-custodial ESI on a **rolling basis every three weeks,** beginning on the date of this Order, consistent with the parties' agreement regarding custodial ESI production. Defendants shall ensure that their rolling production includes ***all*** identified, readily available, responsive documents subject to production of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 34. Defendants shall not delay production of such documents until April 1, 2027, the date on which productions in response to pending requests are due. (*See* Dkt. No. 269 at 1). The production deadline set forth in the Operative Scheduling Order does not relieve Defendants of their obligation to make rolling productions as ordered herein. (*Id.*).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 22-1916 FWS (PVCx) Date: October 9, 2026

Title Abdirahman Aden Kariye, et al., v. Alejandro Mayorkas, et al.

The Court continues the status conference to **November 12, 2026, at 11:00 a.m.** All parties may appear remotely. Status conferences will be held monthly to monitor the progress of discovery and ensure compliance with the Court's production orders.

The Court further orders the parties to file a **joint status report**, no later than **November 5, 2026**, addressing the status of Defendant's ESI production.[1] The report shall not exceed ten pages, with each side allotted no more than five pages. Joint status reports will be due at least one week prior to the monthly scheduled status conferences as explained above.

IT IS SO ORDERED.

| | |
|---|---|
| | :25 |
| **Initials of Preparer** | mr |

[1] The parties may address both custodial and non-custodial ESI production to assist the Court in assisting compliance with this Order. Each side's position on the joint status report may not be longer than 5 pages.